433 A.2d 113

Commonwealth v. Williams, Appellant.

Argued September 9, 1980.
Francis M. Walsh, Assistant Public Defender, for appellant;
Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

433 A.2d 113

Commonwealth v. Walter Williams a/k/a Bernard Duffy, Appellant.

Submitted December 6, 1979. Timothy A. Crawford, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.